NICK, Appellant, vs. AMERICAN LUMBER & MANUFACTURING COMPANY, Respondent.

*January 7—April 15, 1941.*

For the appellant there was a brief by *McCormick & Thiele* of Green Bay, and oral argument by *Arthur A. Thiele* and *Victor McCormick*.

For the respondent there was a brief by *Strehlow & Cranston* of Green Bay, and oral argument by *Max H. Strehlow*.

The following opinion was filed February 4, 1941:

FOWLER, J. Chief Justice ROSENBERRY and Justices FAIRCHILD and WICKHEM are of opinion that the judgment should be affirmed. Justices FRITZ and MARTIN and the writer are of opinion that it should be reversed. Justice NELSON takes no part. This situation results in an affirmance of the judgment. *Faust L. Co. v. Industrial Comm.* 163 Wis. 365, 157 N. W. 1103.

*By the Court.*—The judgment of the circuit court is affirmed.

A motion for a rehearing was denied, with $25 costs, on April 15, 1941.